■ RICHARD W. MYERS, as Administrator of the Estate of JAY B. MYERS, Deceased, Respondent, v CORNELL UNIVERSITY, Appellant and Third-Party Plaintiff-Respondent. A. FRIEDERICH & SONS, INC., Third-Party Defendant-Appellant.—Motion to dismiss appeal of third-party defendant-appellant granted, without costs, on the ground that review by this court was waived when the third-party defendant elected to pursue its direct appeal to the Court of Appeals pursuant to CPLR 5601 (subd [d]) (see *Parker v Rogerson* 35 NY2d 751, 753; Cohen and Karger, Powers of the New York Court of Appeals, § 73; 7 Weinstein-Korn-Miller, NY Civ Prac, par 5601.24). Mahoney, P. J., Greenblott, Sweeney, Larkin and Main, JJ., concur.